UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STC.UNM,

        Plaintiff,

v.

INTEL CORPORATION,

        Defendant.

Civil No. 10-CV-01077-RB-WDS

## STC'S MOTION TO DISMISS INTEL'S COUNTERCLAIM FOR UNENFORCEABILITY

Pursuant to Fed. R. Civ. P. 12(b)(6), STC hereby moves to dismiss Intel's counterclaim for unenforceability which alleges that STC fraudulently obtained its patent rights. Intel's allegations, taken as true, must fail because they (1) lack any evidence of materiality, which is a threshold pleading requirement, and (2) erroneously cast duties upon STC where none exist by rule or in the law. Accordingly, Intel's counterclaim for unenforceability should be dismissed.

Dated:  January 31, 2011

Respectfully submitted,

/s/ Steven R. Pedersen
Rolf O. Stadheim
Joseph A. Grear
George C. Summerfield
Keith A. Vogt
Steven R. Pedersen
STADHEIM & GREAR, LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, Illinois 60611
(312) 755-4400

Deron B. Knoner
KELEHER & MCLEOD, P.A.
201 Third Street NW, 12th Floor
PO Box AA
Albuquerque, New Mexico 87103
(505) 346-4646

*Attorneys for Plaintiff STC.UNM*