UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

STC.UNM,

    Plaintiff,

v.                                               CV-2010-1077 RB/WDS

INTEL CORPORATION,

    Defendant.

### ORDER GRANTING UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY OBJECTIONS UNDER D.N.M. LR-CIV.26.6

This matter having come before the Court on the parties' Unopposed Joint Motion for Extension of Time to Respond to Discovery Objections under D.N.M. LR-Civ. 26.6, and the Court being advised that the Motion is jointly made and unopposed, it is hereby ORDERED that the twenty-one (21) day period under D.N.M. LR-Civ.26.6 is hereby extended to forty-five (45) days for all discovery objections served in this case.

    IT IS SO ORDERED.

Dated this 21st day of March, 2011.

_____
HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Approved:

*/s/ Clifford K. Atkinson*
Clifford K. Atkinson
Douglas A. Baker
Justin D. Rodriguez
ATKINSON, THAL & BAKER, P.C.

Robert A. Van nest
Brian L. Ferrall
KEKER & VAN NEST LLP

Chad S. Campbell
Jonathan M. James
Timothy J. Franks
Mark E. Strickland
Jonathan L. McFarland
PERKINS COIE LLP

*Attorneys for Defendant*
*Intel Corporation*

-AND-

*/s/ Steven R. Pedersen*
Deron B. Knoner
KELEHER & MCLEOD, P.A.
PO Box AA
Albuquerque, NM 87103

George C. Summerfield
Joseph A. Grear
Keith A. Vogt
Rolf O. Stadheim
Steven R. Pedersen
STADHEIM & GREAR, LTD.

*Attorneys for Plaintiff*
*STC.UNM*