UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STC.UNM,

   Plaintiff,

v.

INTEL CORPORATION,

   Defendant.

Civil No. 10-CV-01077-RB-WDS

## STC.UNM'S RESPONSE TO INTEL'S CROSS-MOTION TO DISMISS STC'S REMAINING CLAIMS FOR LACK OF STANDING

  For the reasons set forth in STC.UNM's Rule 19 Motion To Correct Standing and Request For Reconsideration (Doc. 218) and STC.UNM's Reply In Support Of Its Motion To Correct Standing And Request For Reconsideration, which will be filed on July 27, 2012, STC opposes Intel's motion. As established in the above, Rule 19(a) permits a correction of the standing issue by adding Sandia Corporation as an involuntary plaintiff. Moreover, even if Rule 19(a) is unavailable, the equitable considerations of Rule 19(b) permit the action to proceed without Sandia.

Dated: July 24, 2012

Deron B. Knoner
KELEHER & MCLEOD, P.A.
201 Third Street NW, 12th Floor
PO Box AA
Albuquerque, New Mexico 87103
(505) 346-4646

Respectfully submitted,

/s/ *Keith A. Vogt*

Keith A. Vogt
Rolf O. Stadheim
Joseph A. Grear
George C. Summerfield
Steven R. Pedersen
STADHEIM & GREAR, LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, Illinois 60611
(312) 755-4400

Raúl A. Carrillo Jr.
CARILLO LAW FIRM, P.C.
937 East Lohman
Las Cruces, New Mexico 88001
(575) 647-3200

*Attorneys for Plaintiff STC.UNM*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Keith A. Vogt*