UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| STC.UNM,<br><br>             Plaintiff,<br><br>      v.<br><br>INTEL CORPORATION,<br><br>             Defendant. | Civil No. 10-CV-01077-RB-WDS |

### STC.UNM'S NOTICE OF COMPLETION OF BRIEFING

Pursuant to L.R. 7.4(e), STC.UNM provides notice of the completion of briefing for its *STC.UNM's Rule 19 Motion to Correct Standing and Request for Reconsideration* and certifies the motion is ready for decision. The following represents the related filings:

| STC.UNM's Motion | Doc. 218 – June 13, 2012 |
|---|---|
| Sandia Corporation's Response | Doc. 224 – July 3, 2012 |
| Intel's Response | Doc. 226 – July 10, 2012 |
| STC.UNM's Reply | Doc. 235 – August 3, 2012 |
| STC.UNM's Reply – Exhibit A | Doc. 236 – August 7, 2012 |

Dated:  August 9, 2012                          Respectfully submitted,

/s/ *Keith A. Vogt*
Rolf O. Stadheim

Deron B. Knoner                                 Joseph A. Grear
KELEHER & MCLEOD, P.A.                          George C. Summerfield
201 Third Street NW, 12th Floor                 Keith A. Vogt
PO Box AA                                       Steven R. Pedersen
Albuquerque, New Mexico 87103                   STADHEIM & GREAR, LTD.
(505) 346-4646                                  400 N. Michigan Avenue, Suite 2200
                                                Chicago, Illinois 60611
                                                (312) 755-4400

                                                Raúl A. Carrillo Jr.
                                                CARILLO LAW FIRM, P.C.
                                                937 East Lohman
                                                Las Cruces, New Mexico 88001
                                                (575) 647-3200

*Attorneys for Plaintiff STC.UNM*

**Certificate of Service:** I hereby certify that on August 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Keith A. Vogt*
Keith A. Vogt
STADHEIM & GREAR, LTD.