UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| STC.UNM,<br><br>            Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | Civil No. 10-CV-01077-RB-WDS |

**EXHIBIT A TO STC.UNM'S REPLY IN SUPPORT OF ITS MOTION TO CORRECT STANDING AND REQUEST FOR RECONSIDERATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STC.UNM,

Plaintiff,

v.

INTEL CORPORATION,

Defendant.

Civil No. 10-CV-01077-RB-WDS

## DECLARATION OF DR. JULIA E. FULGHUM

I, Dr. Julia E. Fulghum, declare as follows:

1. During January, 2012, as the Vice President for Research and Economic Development for the University of New Mexico, I was responsible for discussing with Sandia possible ways to correct the ownership issues that arose in the STC.UNM/Intel lawsuit. My discussions were with Dr. J. Stephen Rottler, Vice President, Science and Technology and Chief Technology Officer at Sandia.

2. Several solutions were presented to Sandia including having Sandia execute additional license agreements or assignments.

3. Everything stopped, with respect to discussions of additional license agreements or assignments, after my meetings and phone calls with Dr. Rottler during January 2012. During these discussions, Dr. Rottler informed me that the DOE preferred outcome was for Sandia to take no further action with respect to license agreements or assignments.

I declare under penalty of perjury the above is true and accurate.

DATED: August 1, 2012

_____
Dr. Julia E. Fulghum

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                    /s/ *Keith A. Vogt*
                    Keith A. Vogt
                    STADHEIM & GREAR, LTD