IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STC.UNM,

    Plaintiff,

vs.                                                           No. 10-cv-1077 RB/WDS

INTEL CORPORATION,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinions and Orders of May 8, 2012 (Doc. 206) and January 17, 2013 (Doc. 246) and the parties' stipulation (Doc. 248), the Court hereby enters final judgment as follows:

1.     STC.UNM's claim of patent infringement against Intel Corporation is dismissed, with prejudice as to liability for patent infringement before December 1, 2011, and without prejudice as to liability for patent infringement on or after December 1, 2011.

2.     Intel Corporation's counterclaims are dismissed without prejudice.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE