UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STC.UNM,

        Plaintiff,

v.

INTEL CORPORATION,        Civil No. 10-CV-01077-RB-WDS

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff STC.UNM hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this case on February 12, 2013.

Dated: March 5, 2013

Respectfully submitted,

| | |
|---|---|
| Deron B. Knoner | /s/ *Steven R. Pedersen* |
| KELEHER & MCLEOD, P.A. | Steven R. Pedersen |
| 201 Third Street NW, 12th Floor | Rolf O. Stadheim |
| PO Box AA | George C. Summerfield |
| Albuquerque, New Mexico 87103 | Keith A. Vogt |
| Telephone: (505) 346-4646 | STADHEIM & GREAR, LTD. |
| | 400 N. Michigan Avenue, Suite 2200 |
| Raúl A. Carrillo Jr. | Chicago, Illinois 60611 |
| CARILLO LAW FIRM, P.C. | Telephone: (312) 755-4400 |
| 937 East Lohman | Facsimile: (312) 755-4408 |
| Las Cruces, New Mexico 88001 | |
| Telephone: (575) 647-3200 | |

*Attorneys for Plaintiff STC.UNM*

Certificate of Service: I hereby certify that on March 5, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

        /s/ *Steven R. Pedersen*
        STADHEIM & GREAR, LTD.